463 A.2d 37

Commonwealth v. Barnes, Appellant.

Petition for Allowance of Appeal
Denied Nov. 4, 1983.

Submitted November 8, 1982. Gary V. Skiba, for appellant; Michael J. Veshecco, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

Order affirmed.

463 A.2d 37

Commonwealth v. Barr, Appellant.

Submitted March 9, 1983. Eugene R. Campbell, for appellant; N. Christopher Menges, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and MONTEMURO, JJ.

Order affirmed.